IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL BURCHAM and
PATTY BURCHAM                                                                PLAINTIFFS


V.                                           Case No. 12-CV-4011


WEYERHAEUSER NR COMPANY                                                      DEFENDANTS

MICHAEL ALEXANDER LOGGING and
BITUMINOUS INSURANCE COMPANY                                                 INTERVENORS


## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant Weyerhaeuser NR Company. (ECF No. 26). Plaintiffs Paul and Patty Burcham have responded. (ECF No. 31). Defendant has filed a reply. (ECF. No. 36). The Court finds the matter ripe for consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 23rd day of May, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge